Andrew T. Koenig, SBN: 158431
Attorney at Law
353 Sanjon Road
Ventura, CA 93001
Tel. (805) 653-7937
FAX: (805) 653-7225
Email: andrewtkoenig@hotmail.com

Attorney for Plaintiff Gabriela Rodriguez

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| GABRIELA RODRIGUEZ,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>　　Defendant. | CASE NO. CV-10-07742-SP<br><br>ORDER AWARDING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

　　Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of THREE-THOUSAND THIRTY -THREE DOLLARS AND SEVENTY-TWO CENTS ($3,033.72), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the Stipulation.

　　Dated: July 6, 2011

　　　　　　　　　　　　　　　　/s/ (Sheri Pym)
　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1